UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACKIE BURKS; BRUNILDA PAGAN CRUZ; VENUS CUADRADO; and RHONDA DRYE, individually and on behalf of all persons similarly situated,<br><br>         Plaintiffs,<br><br>-against-<br><br>GOTHAM PROCESS, INC.; MULLOOLY, JEFFERY, ROONEY & FLYNN, LLP; BASSEM ELASHRAFI; and CARL BOUTON,<br><br>         Defendants. | No. 20 Civ. 1001 (RPK) (SMG) |

BRUNILDA PAGAN CRUZ declara, bajo pena de perjurio, que:

1. Soy una Demandante Nombrado en este caso.

2. Yo creo que sería un buen representante para la clase en este caso. Hasta donde yo sé, no tengo ningún interés que entre en conflicto con el interés de nadie en la clase.

3. Tengo sesenta años y vivo en el Bronx, Nueva York.

4. Hablo principalmente en Español y a menudo me siento incómoda si tengo que comunicarme en Inglés. Hablo con mis abogados con la ayuda de un traductor.

5. Aproximadamente el 1 de Marzo de 2019, una vecina que vive arriba de mí me dijo que había recibido una carta en el correo para mí. Ella me lo dio.

6. La "carta" fue una citación y queja en un caso llamado Unifund CCR LLC v. Brunilda Pagan Cruz ("Unifund v. Cruz"), número de índice CV-1146-19/BX, en el Tribunal Civil de la Ciudad de Nueva York, Condado del Bronx ("Corte Civil del Bronx").

1

Scanned with CamScanner

7.  Antes de recibir esos papeles, nunca había oído hablar de este caso. Nadie más me dio una copia de esos papeles.

8.  Me asustaron los papeles porque nunca había oído hablar de Unifund, y no creía que les debía dinero, y no podía pagar la deuda que pensaban que debía.

9.  Entiendo que un documento presentado ante la corte dice que los documentos de la corte supuestamente fueron entregados a alguien llamado "Daniel Cruz" en mi dirección.

10. No tengo parientes llamados "Daniel Cruz," y no conozco a nadie llamado "Daniel Cruz".

11. Nadie que coincida con la descripción de "Daniel Cruz" vivía en mi casa en ese tiempo del supuesto servicio.

12. Nunca recibí una copia de la citación y queja por correo.

13. El 7 de Marzo de 2019, después de recibir el correo de mi vecino, fui a la Corte Civil del Bronx para tratar de averiguar qué hacer.

14. Recibí ayuda para preparar una respuesta para mí, de la Oficina Civil de Asesoramiento y Recursos Legales ("CLARO"), que descubrí da ayuda gratuita a preparar documentos judiciales para personas que no tienen abogados, que se llama "pro se."

15. El 8 de Marzo de 2019, regresé al Corte Civil del Bronx y presenté mi respuesta pro se a la queja.

16. En mi respuesta, dije que había recibido la citación y queja, pero que no me sirvieron correctamente. También dije que no tenía deudas con Unifund.

17. Estaba supuesta ir a la corte el 2 de April de 2019, pero estaba enferma y no podía ir.

2

Scanned with CamScanner

18. Cuando estaba mejor, regresé a la Oficina del Secretario de la Corte Civil del Bronx para explicar por qué me había perdido la cita de la corte del 2 de Abril de 2019 y para pedir una nueva fecha. La Oficina del Secretario me dio una nueva fecha el 7 de Junio de 2019.

19. El 7 de Junio de 2019, estuve representada por alguien de la Unidad de Protección al Consumidor del Grupo de Asistencia Legal de Nueva York ("NYLAG"). El abogado me dijo que sólo podía ayudarme en una capacidad limitada a través de un programa especial, Abogados Voluntarios para el Día ("VLFD"). El caso fue aplazado para una tercera cita judicial.

20. El 8 de Octubre de 2019, fui a la tercera cita de la corte para Unifund v. Cruz, y nuevamente fui representado por un abogado de la Unidad de Protección al Consumidor de NYLAG en una capacidad limitada a través de VLFD.

21. En esa fecha, el caso fue desestimado. Me han dicho que Mullooly accedió a suspender Unifund v. Cruz en esa fecha porque el caso fue fijado para juicio, pero Unifund no apareció con un testigo para probar su caso.

22. Estaba muy molesta y asustada por ser demandada.

23. Tuve que ir a la Corte Civil del Bronx cuatro veces para resolver el caso en mi contra. Para hacer eso, tuve que reprogramar varias citas de fisioterapia.

24. Debido a mis problemas de salud, no pude usar el transporte público para viajar a la corte. En su lugar, tuve que gastar más de $120 para viajar en taxi (aproximadamente $30 ida y vuelta cada vez), para que no tuviera que caminar y pudiera sentarme con mi pierna apoyado en el asiento trasero.

25. Tuve que gastar otro dinero también, debido al caso, incluyendo gastos de envío.

26. Estaba muy ansiosa y me sentía como si estuviera asfixiando cada vez que tenía que ir a la Corte Civil del Bronx.

Scanned with CamScanner

27.  Debido a que no me siento cómoda comunicándome en Inglés, me preocupaba entender lo que estaba sucediendo durante las citas de la corte. Estaba tan molesta que dormí muy poco durante este período, perdí mucho de mi apetito, tuve problemas para hacer actividades cotidianas como cocinar, y tuve muchos más y peores dolores de cabeza por migr— por los que tuve que buscar y recibir tratamiento médico.

_____
BRUNILDA PAGAN CRUZ

3-27-2020
Fecha

Jurado ante mí este _____

_____, 2020

_____
EL NOTARIO

Scanned with CamScanner