CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF RICHMOND

UNIFUND CCR LLC

Plaintiff(s)

- against -

JACKIE BURKS

Defendant(s)

Attorney: MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP - 94

Index #: 005425/2017
Purchased: November 13, 2017
Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 01527236

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BASSEM A ELASHRAFI BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.
That on December 11, 2017 at 08:44 PM at

265 MILL RD APT 2M
STATEN ISLAND, NY 10306

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on JACKIE BURKS, the defendant/respondent therein named,

**SUITABLE AGE**
by delivering thereat a true copy/copies of each to CHRISTINA BURKS a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. She identified herself as the RELATIVE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BLACK | 35 | 5'4 | 140 |

**MAILING**
Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

265 MILL RD APT 2M
STATEN ISLAND, NY 10306

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on December 13, 2017 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**
Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the Index number and date of filing.

Sworn to me on: December 13, 2017

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY 10007

BASSEM A ELASHRAFI
License #: 2016929
Docket #:  *1047807*

Scanned with CamScanner

Scanned with CamScanner

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Attorney: MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP - 94

UNIFUND CCR LLC

Plaintiff(s)

Index #: 01148/2019
Purchased: January 22, 2019
Date Filed:

-against-

BRUNILDA PAGAN CRUZ

Defendant(s)

AFFIDAVIT OF SERVICE

Attorney File #1: 01738651
Attorney File #2: CC

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BASSEM A ELASHRAFI BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 13, 2019 at 08:37 PM at

2641 MARION AVE APT 2H
BRONX, NY 10458

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on BRUNILDA PAGAN CRUZ, the defendant/respondent therein named.

**SUITABLE AGE** by delivering thereat a true copy/copies of each to DANIEL CRUZ a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. He identified himself as the RELATIVE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| MALE | BROWN | BLACK | 30 | 5'9 | 170 |

**MAILING** Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

2641 MARION AVE APT 2H
BRONX, NY 10458

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on February 14, 2019 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served

**MILITARY SERVICE** Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the index number and date of filing.

RECEIVED
FEBRUARY 20
2019
BRONX COUNTY
CIVIL COURT
W/ENVELOPE
2014 COMPLIANT

Sworn to me on: February 14, 2019

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2022

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc
299 Broadway
New York, NY 10007

BASSEM A ELASHRAFI
License # 2016929
Docket #  *1105005*

Scanned with CamScanner

CIVIL COURT OF THE CITY OF NEW YORK  
COUNTY OF BRONX

UNIFUND CCR LLC

Plaintiff(s)

-against-

VENUS CUADRADO

Defendant(s)

Attorney: MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP - 94

Index #: 14246/2019

Purchased: August 2, 2019

Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 01835547

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CARL BOUTON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 10, 2019 at 02:27 PM at

575 CASTLE HILL AVE APT 4C  
BRONX, NY 10473

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on VENUS CUADRADO, the defendant/respondent therein named,

**SUITABLE AGE** by delivering thereat a true copy/copies of each to ANTHONY CUADRADO a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. He identified himself as the RELATIVE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| MALE | TAN | BLACK | 22 | 5'7 | 170 |

**MAILING** Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

575 CASTLE HILL AVE APT 4C  
BRONX, NY 10473

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on August 12, 2019 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE** Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the Index number and date of filing.

Sworn to me on: August 12, 2019

Linda Forman  
Notary Public, State of New York  
No. 01FO5031305  
Qualified in New York County  
Commission Expires August 1, 2022

Robin Forman  
Notary Public, State of New York  
No. 01FO6125415  
Qualified in New York County  
Commission Expires April 18, 2021

Gotham Process Inc.  
299 Broadway  
New York NY 10007

CARL BOUTON  
License #: 2011838  
Docket #: *1128009*

Scanned with CamScanner

| CIVIL COURT OF THE CITY OF NEW YORK | Attorney: MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP - 94 |
|---|---|
| COUNTY OF BRONX | |
| UNIFUND CCR LLC | Index #: 04975/2017 |
| - against - Plaintiff(s) | Purchased: April 18, 2017 |
| | Date Filed: May 2, 2017 |
| RHONDA DRYE | AFFIDAVIT OF SERVICE |
| Defendant(s) | Attorney File #1: 01425773 |
| | Attorney File #2: CC |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CARL BOUTON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 28, 2017 at 11:46 AM at

1950 ANDREWS AVE APT 1B3
BRONX, NY 10453

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on RHONDA DRYE, the defendant/respondent therein named,

**SUITABLE AGE** by delivering thereat a true copy/copies of each to RICHARD DRYE a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. He identified himself as the RELATIVE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BLACK | BLACK | 39 | 5'11 | 210 |

**MAILING** Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

1950 ANDREWS AVE APT 1B3
BRONX, NY 10453

RECEIVED BY
MJRF
MAY 08 2017

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on April 28, 2017 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE** Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the Index number and date of filing.

Sworn to me on: April 28, 2017

| Linda Forman | Robin Forman | Gotham Process Inc. | CARL BOUTON |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | 299 Broadway | License #: 2011838 |
| No. 01FO5031305 | No. 01FO6125415 | New York NY 10007 | Docket #: *1024536* |
| Qualified in New York County | Qualified in New York County | | |
| Commission Expires August 1, 2018 | Commission Expires April 18, 2021 | | |

Scanned with CamScanner

Scanned with CamScanner