**CIVIL COURT OF THE CITY OF NEW YORK**
& FLYNN, LLP - 94

**COUNTY OF BRONX**

UNIFUND CCR LLC

**Index #: 001602/2018**

Plaintiff(s)

**Purchased: January 26, 2018**
**Date Filed:**

-against-

GIOVANNI SAGARDIA-MEDINA

**AFFIDAVIT OF SERVICE**

Defendant(s)

Attorney File #1: 01556591
Attorney File #2: CC

**STATE OF NEW YORK: COUNTY OF NEW YORK  ss:**

CARL BOUTON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 14, 2018 at 09:35 AM at

140 DEBS PL APT 24G
BRONX, NY 10475

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on GIOVANNI SAGARDIA-MEDINA, the defendant/respondent therein named,

**SUITABLE AGE**

by delivering thereat a true copy/copies of each to SERGERO MEDINA a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. He identified himself as the RELATIVE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|------|-----------|-----------|---------------|------------------|-----------------|
| MALE | TAN | BLACK | 23 | 57 | 180 |

**MAILING**

Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

140 DEBS PL APT 24G
BRONX, NY 10475

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on February 14, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**

Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the Index number and date of filing

CIVIL COURT
BRONX COUNTY
FEB 16 2018
22NYCRR 208.6 (H)
COMPLIANT

Sworn to me on: February 14, 2018

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY 10007

**CARL BOUTON**
License # 2011838
Docket # *1060103*

Scanned with CamScanner

CIVIL COURT OF THE CITY OF NEW YORK

COUNTY OF RICHMOND

STATEN ISLAND UNIVERSITY HOSPITAL

Plaintiff(s)

-against-

KATHRYN DEVITO

Defendant(s)

Attorney: MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP - 94

Index #: 000261/2018

Purchased: January 19, 2018
Date Filed:

AFFIDAVIT OF SERVICE

Attorney File #1: 01472957

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BASSEM A ELASHRAFI BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.
That on March 27, 2018 at 05:33 PM at

25 WILSONVIEW PL
STATEN ISLAND, NY 10304

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on KATHRYN DEVITO, the defendant/respondent therein named.

**SUITABLE AGE**
by delivering thereat a true copy/copies of each to JASON DEVITO a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. He identified himself as the RELATIVE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|------|-----------|-----------|---------------|------------------|-----------------|
| MALE | WHITE | BLACK | 25 | 5'9 | 170 |

**MAILING**
Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

25 WILSONVIEW PL
STATEN ISLAND, NY 10304

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on March 28, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**
Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the index number and date of filing

FILED
APR 1 0 2018
CIVIL COURT
RICHMOND COUNTY

Sworn to me on: March 28, 2018

Linda Forman
Notary Public, State of New York
No 1FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc
299 Broadway
New York NY 10007

BASSEM A ELASHRAFI
License #: 2016929
Docket #:        *1062677*

**Scanned with CamScanner**

**COUNTY OF NEW YORK**

CAVALRY SPV I, LLC

Plaintiff(s)

-against-

TOMAS R ALCANTARA

Defendant(s)

Index #: 05883/2018

Purchased: March 20, 2018
Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 01634755
Attorney File #2: CC

STATE OF NEW YORK: COUNTY OF NEW YORK | ss:

CARL BOUTON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 24, 2018 at 10:23 AM at

51 HAMILTON PL APT 61
NEW YORK, NY 10031

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on TOMAS R ALCANTARA, the defendant/respondent therein named.

**SUITABLE AGE**    by delivering thereat a true copy/copies of each to LEWIS ALCANTARA a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. He identified himself as the RELATIVE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|------|------------|------------|---------------|------------------|------------------|
| MALE | BROWN | BLACK | 33 | 5'8 | 190 |

**MAILING**    Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

51 HAMILTON PL APT 61
NEW YORK, NY 10031

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on March 26, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**    Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the Index number and date of filing.

Sworn to me on: March 26, 2018

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc
299 Broadway
New York NY 10007

**CARL BOUTON**
License #: 2011838
Docket #: 1066831

Scanned with CamScanner

| CIVIL COURT OF THE CITY OF NEW YORK | Attorney: MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP - 94 |
|---|---|

COUNTY OF BRONX

CAVALRY SPV I, LLC

CIVIL COURT

2018 APR 16 PM 12:35

Plaintiff(s)

Index #: 06449/2018

Purchased: April 4, 2018
Date Filed:

-against-

DANIELLE DELVALLE

Defendant(s)

**AFFIDAVIT OF SERVICE**

Attorney File #1: 01634815
Attorney File #2: CC

**STATE OF NEW YORK: COUNTY OF NEW YORK  ss:**

CARL BOUTON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 6, 2018 at 12:27 PM at

3300 NETHERLAND AVE APT 2L
BRONX, NY 10463

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on DANIELLE DELVALLE, the defendant/respondent therein named.

**SUITABLE AGE**
by delivering thereat a true copy/copies of each to JOHN WOODS a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. He identified himself as the RELATIVE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| MALE | BLACK | BALD | 28 | 5'8 | 240 |

**MAILING**
Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

3300 NETHERLAND AVE APT 2L
BRONX, NY 10463

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on April 6, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**
Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the index number and date of filing.

Sworn to me on: April 6, 2018

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125414
Qualified in New York County
Commission Expires April 19, 2021

Gotham Process Inc.
299 Broadway
New York NY  10007

CARL BOUTON
License # 2011638
Docket #   1068432

**Scanned with CamScanner**

CIVIL COURT OF THE CITY OF NEW YORK

COUNTY OF BRONX

Attorney: MULLOOLY, JEFFREY, ROONEY
& FLYNN, LLP - 94

CAVALRY SPV I, LLC

Plaintiff(s)

Index #: 0007864/2018

Purchased: April 24, 2018
Date Filed:

-against-

ALEJANDRO ESCOBAR

**AFFIDAVIT OF SERVICE**

Defendant(s)

Attorney File #1: 01653487
Attorney File #2: CC

STATE OF NEW YORK: COUNTY OF NEW YORK :ss:

CARL BOUTON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS
ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 30, 2018 at 08:42 AM at

6629 BROADWAY APT 3E
BRONX, NY 10471

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on ALEJANDRO
ESCOBAR, the defendant/respondent therein named.

**SUITABLE
AGE**

by delivering thereat a true copy/copies of each to RUBIN ESCOBAR a person of suitable age and discretion. Said
premises is the defendant's/respondent's dwelling house within the state. He identified himself as the RELATIVE of the
defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|------|-----------|-----------|--------------|-----------------|-----------------|
| MALE | BROWN | BLACK | 29 | 5'7 | 190 |

**MAILING**

Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at
the defendant's/respondent's last known residence at

6629 BROADWAY APT 3E
BRONX, NY 10471

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States
Postal Service within New York State on April 30, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked
PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the
communication is from an attorney or concerns an action against the party to be served.

**MILITARY
SERVICE**

Person spoken to was asked whether the defendant was in the military service of the State of New York or the United
States and received a negative reply. Upon information and belief based upon the conversation and observation as
aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as
that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the index number and date of filing.

Sworn to me on: April 30, 2018

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2019

Rubin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY 10007

**CARL BOUTON**
License #: 2011838
Docket #: 1071093

Scanned with CamScanner

**CIVIL COURT OF THE CITY OF NEW YORK**

**COUNTY OF NEW YORK**

Attorney: **MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP - 94**

**CAVALRY SPV I, LLC**

Plaintiff(s)

-against-

**KENIA A AMPARO**

Defendant(s)

Index #: 08051/2018

Purchased: April 10, 2018
Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 01652261

**STATE OF NEW YORK: COUNTY OF NEW YORK ss:**

**CARL BOUTON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.**

That on April 12, 2018 at 01:29 PM at

**615 W 162ND ST APT 46
NEW YORK, NY 10032**

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on KENIA A AMPARO, the defendant/respondent therein named,

**SUITABLE AGE**

by delivering thereat a true copy/copies of each to ANTONIO AMPARO a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. He identified himself as the FATHER of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|-----------|-----------|---------------|------------------|-----------------|
| MALE | TAN | BROWN | 56 | 5'6 | 150 |

**MAILING**

Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

**615 W 162ND ST APT 46
NEW YORK, NY 10032**

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on April 12, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**

Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the index number and date of filing.

22NYCRR205.6 MAILING
RECEIVED _____

APR 16 2018

NEW YORK COUNTY
CIVIL COURT

Sworn to me on: April 12, 2018

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 13, 2021

Gotham Process Inc
299 Broadway
New York NY 10007

**CARL BOUTON**
License #: 2011838

Docket

Scanned with CamScanner

CIVIL COURT OF THE CITY OF NEW YORK

COUNTY OF RICHMOND

Attorney: **MULLOOLY, JEFFREY, ROONE & FLYNN, LLP - 94**

DEVILLE ASSET MANAGEMENT AAO SANTANDER CONSUMER USA INC

Index #: 002159/2018

Plaintiff(s)

Purchased: April 16, 2018
Date Filed:

-against-

LAKEESHA STOKES

**AFFIDAVIT OF SERVICE**

Defendant(s)

Attorney File #1: 01626199

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BASSEM A ELASHRAFI BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 28, 2018 at 08:55 AM at

72 LAKE AVE #2
STATEN ISLAND, NY 10303

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on LAKEESHA STOKES, the defendant/respondent therein named,

**SUITABLE AGE**
by delivering thereat a true copy/copies of each to DARREN STOKES a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. He identified himself as the RELATIVE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|------|------------|------------|---------------|------------------|-----------------|
| MALE | BROWN | BLACK | 45 | 5'10 | 200 |

**MAILING**
Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

72 LAKE AVE #2
STATEN ISLAND, NY 10303

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on June 28, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**
Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the Index number and date of filing

FILED

JUL 05 2018

CIVIL COURT
RICHMOND COUNTY

JUL 05 2018
COURT
COUNTY

Sworn to me on: June 28, 2018

Scanned with CamScanner

CIVIL COURT OF THE CITY OF NEW YORK

COUNTY OF BRONX

UNIFUND CCR LLC

Plaintiff(s)

-against-

JUANA RIVERA

Defendant(s)

Attorney: **MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP - 94**

Index #: 19654/2018

Purchased: October 2, 2018
Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 01737722

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CARL BOUTON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on October 16, 2018 at 02:39 PM at

3050 PERRY AVE APT 1C
BRONX, NY 10467

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on JUANA RIVERA, the defendant/respondent therein named.

**SUITABLE AGE**    by delivering thereat a true copy/copies of each to LEWIS RIVERA a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. He identified himself as the RELATIVE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 41 | 5'6 | 190 |

**MAILING**    Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

3050 PERRY AVE APT 1C
BRONX, NY 10467

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on October 16, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served

**MILITARY SERVICE**    Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act

The Summons Served had endorsed thereon the Index number and date of filing.

CIVIL COURT
BRONX

2 2 2018

COMPLIANT

Sworn to me on: October 16, 2018

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2022

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc
299 Broadway
New York NY 10007

**CARL BOUTON**
License # 2
Docket # 1090924

CIVIL COURT OF THE CITY OF NEW YORK

COUNTY OF BRONX

Attorney: MULLOOLY, JEFFREY, ROONEY
& FLYNN, LLP - 94

UNIFUND CCR LLC

Index #: 20547/2018

Plaintiff(s)

Purchased: October 16, 2018
Date Filed:

-against-

ROBERTO RODRIGUEZ

**AFFIDAVIT OF SERVICE**

Defendant(s)

Attorney File #1: 01738696

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CARL BOUTON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 27, 2018 at 12:16 PM at

253 E 142ND ST APT 4P
BRONX, NY 10451

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on ROBERTO RODRIGUEZ, the defendant/respondent therein named,

**SUITABLE AGE**  by delivering thereat a true copy/copies of each to RAMONA RODRIGUEZ a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. She identified herself as the RELATIVE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BROWN | 26 | 5'3 | 170 |

**MAILING**  Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

253 E 142ND ST APT 4P
BRONX, NY 10451

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on October 29, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**  Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the Index number and date of filing.

11/02/2018,
BRONX
COUNTY
CIVIL COURT
W/ ENVELOPE
22NYCRR
208.6 (H)
COMPLIANT

Sworn to me on:  October 29, 2018

| | | | |
|---|---|---|---|
| Linda Forman | Robin Forman | Gotham Process Inc. | **CARL BOUTON** |
| Notary Public, State of New York | Notary Public, State of New York | 299 Broadway | |
| No. 01FO5031305 | No. 01FO6125415 | New York NY 10007 | License #: 2011838 |
| Qualified in New York County | Qualified in New York County | | |
| Commission Expires August 1, 2022 | Commission Expires April 18, 2021 | | Docket #:  *1092243* |

Scanned with CamScanner

CIVIL COURT OF THE CITY OF NEW YORK

Attorney: MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP - 94

COUNTY OF BRONX

Index #: 20563/2018

UNIFUND CCR LLC

Purchased: October 16, 2018
Date Filed:

Plaintiff(s)

-against-

AKEEM CHRISTIAN

Defendant(s)

**AFFIDAVIT OF SERVICE**

Attorney File #1: 01738191

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CARL BOUTON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 9, 2018 at 09:58 AM at

15 FEATHERBED LN APT 8E
BRONX, NY 10452

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on AKEEM CHRISTIAN,
the defendant/respondent therein named.

SUITABLE AGE — by delivering thereat a true copy/copies of each to PATRICIA CHRISTIAN a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. She identified herself as the RELATIVE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BLACK | 34 | 5'0 | 150 |

MAILING — Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

15 FEATHERBED LN APT 8E
BRONX, NY 10452

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on November 9, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

MILITARY SERVICE — Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the Index number and date of filing.

RECEIVED November 14, 2018 BRONX COUNTY CIVIL COURT W/ ENVELOPE 22NYCRR 208.6 (H) COMPLIANT

Sworn to me on: November 9, 2018

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2022

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc
299 Broadway
New York NY 10007

CARL BOUTON
License #: 2011838
Docket #: *1092840*

Scanned with CamScanner

CIVIL COURT OF THE CITY OF NEW YORK

COUNTY OF BRONX

UNIFUND CCR LLC

                                   **Plaintiff(s)**

-against-

ERNESTO VASQUEZ

                                   **Defendant(s)**

Index #: 20710/2018

Purchased: October 18, 2018
Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 01738209
Attorney File #2: CC

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CARL BOUTON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 13, 2018 at 06:00 PM at

215 E 164TH ST APT 2T
BRONX, NY 10456

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on ERNESTO VASQUEZ, the defendant/respondent therein named,

**SUITABLE AGE**    by delivering thereat a true copy/copies of each to MARTIN VASQUEZ a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. He identified himself as the RELATIVE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|------|-----------|-----------|---------------|------------------|-----------------|
| MALE | WHITE | BLACK | 53 | 5'10 | 240 |

**MAILING**    Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

215 E 164TH ST APT 2T
BRONX, NY 10456

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on November 14, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**    Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the Index number and date of filing.

Sworn to me on: November 14, 2018

Linda Ferman
Notary Public, State of New York
No. 01FE5011305
Qualified in New York County
Commission Expires August 1, 2022

Robin Ferman
Notary Public, State of New York
No. 01FE6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc
299 Broadway
New York, NY 10007

**CARL BOUTON**
License #: 2011838
Docket #   *1093438*

Scanned with CamScanner

CIVIL COURT OF THE CITY OF NEW YORK

COUNTY OF BRONX

Attorney: MULLOOLY, JEFFREY, ROONEY
& FLYNN, LLP - 94

UNIFUND CCR LLC

Index #: 20843/2018

Purchased: October 22, 2018

Date Filed:

Plaintiff(s)

-against-

BOKUL MIAH

Defendant(s)

**AFFIDAVIT OF SERVICE**

Attorney File #1: 01739512

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CARL BOUTON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS
ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 6, 2018 at 12:06 PM at

2749 SEYMOUR AVE
BRONX, NY 10469

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on BOKUL MIAH, the
defendant/respondent therein named.

**SUITABLE AGE**  by delivering thereat a true copy/copies of each to JULIE MIAH a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. She identified herself as the RELATIVE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.)-- | Height (Approx.) | Weight (Approx.) |
|-----|-----------|-----------|----------------|------------------|------------------|
| FEMALE | BROWN | BLACK | 30 | 5'2 | 120 |

**MAILING**  Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

2749 SEYMOUR AVE
BRONX, NY 10469

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on November 6, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**  Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the Index number and date of filing.

RECEIVED
November 14,
2018 BRONX
COUNTY
CIVIL COURT
W/ ENVELOPE
22NYCRR
208.6 (H)
COMPLIANT

Sworn to me on: November 6, 2018

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2022

Robin Forman
Notary Public, State of New York
No 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY 10007

CARL BOUTON
License #: 2011838

Docket #: *1094143*

**Scanned with CamScanner**

CIVIL COURT OF THE CITY OF NEW YORK

COUNTY OF NEW YORK

UNIFUND CCR LLC

                                        Plaintiff(s)

-against-

LEWIS A LOPEZ

                                        Defendant(s)

Attorney: MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP - 94

Index #: 25523/2018

Purchased: October 17, 2018
Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 01738251
Attorney File #2: CC

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CARL BOUTON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 8, 2018 at 07:39 PM at

225 E 118TH ST APT 101
NEW YORK, NY 10035

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on LEWIS A LOPEZ, the defendant/respondent therein named,

**SUITABLE AGE** by delivering thereat a true copy/copies of each to ELBA LOPEZ a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. She identified herself as the RELATIVE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BROWN | 23 | 5'1 | 180 |

**MAILING** Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

225 E 118TH ST APT 101
NEW YORK, NY 10035

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on November 9, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE** Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the index number and date of filing.

*22NYCRR208.6 MAILING*
*RECEIVED*

*22NYCRR208.6 MAILING*
*RECEIVED*

**FILED**
NOV 13 2018
NEW YORK COUNTY
CIVIL COURT

Sworn to me on:  November 9, 2018

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2022

Robin Forman
Notary Public, State of New York
No. 01FO5125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc
299 Broadway
New York NY 10007

CARL BOUTON
License #: 2011838
Docket #:        *1093608*

COUNTY OF RICHMOND

UNIFUND CCR LLC

Plaintiff(s)

Index #: 006238/2018

Purchased: October 15, 2018

Date Filed:

-against-

HERNAN HOLGUIN

AFFIDAVIT OF SERVICE

Defendant(s)

Attorney File #1: 01737852

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BASSEM A ELASHRAFI BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 24, 2018 at 04:07 PM at

137 NORTHFIELD AVE
STATEN ISLAND, NY 10303

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on HERNAN HOLGUIN, the defendant/respondent therein named.

**SUITABLE AGE**
by delivering thereat a true copy/copies of each to CHRIS HOLGUIN a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. He identified himself as the RELATIVE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|------|-----------|-----------|---------------|------------------|------------------|
| MALE | BROWN | BLACK | 20 | 5'8 | 170 |

**MAILING**
Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

137 NORTHFIELD AVE
STATEN ISLAND, NY 10303

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on October 29, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**
Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the index number and date of filing.

Sworn to me on October 29, 2018

Linda Forman
Notary Public, State of New York
No. 01FO6311305
Qualified in New York County
Commission Expires August 1, 2022

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 15, 2021

Gotham Process Inc.
299 Broadway
New York NY 10007

BASSEM A ELASHRAFI
License # 2016929
Docket # 110923011

**COUNTY OF RICHMOND**

**UNIFUND CCR LLC**

Index #: 006241/2018

Plaintiff(s)

Purchased: October 15, 2018

-against-

Date Filed:

**DENISE BAUGH**

Defendant(s)

**AFFIDAVIT OF SERVICE**

Attorney File #1: 01737579

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BASSEM A ELASHRAFI BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 24, 2018 at 05:06 PM at

273 YORK AVE APT 2
STATEN ISLAND, NY 10301

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on DENISE BAUGH, the defendant/respondent therein named.

**SUITABLE AGE**

by delivering thereat a true copy/copies of each to JEFF BAUGH a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. He identified himself as the RELATIVE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|------|------------|------------|---------------|------------------|------------------|
| MALE | TAN | BLACK | 35 | 5'10 | 180 |

**MAILING**

Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

273 YORK AVE APT 2
STATEN ISLAND, NY 10301

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on October 29, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**

Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the index number and date of filing.

Sworn to me on: October 29, 2018

Linda Furman
Notary Public, State of New York
No. 01FU6321505
Qualified in New York County
Commission Expires August 1, 2021

Robin Furman
Notary Public, State of New York
No. 01FU6125415
Qualified in New York County
Commission Expires April 13, 2021

BASSEM A ELASHRAFI
License # 2016929

Docket # 11092308

Scanned with CamScanner

Scanned with CamScanner

CIVIL COURT OF THE CITY OF NEW YORK

COUNTY OF RICHMOND

STATEN ISLAND UNIVERSITY HOSPITAL

Plaintiff(s)

-against-

THOMAS SCHAEFER

Defendant(s)

Attorney: SKALOOLY, JEFFREY, ROONEY & FLYNN, LLP - 94

Index #: 006259/2018

Purchased: October 15, 2018
Date Filed:

AFFIDAVIT OF SERVICE

Attorney File #1: 01723002

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BASSEM A ELASHRAFI BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.
That on October 24, 2018 at 05:18 PM at

576 HANOVER AVE
STATEN ISLAND, NY 10304

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on THOMAS SCHAEFER, the defendant/respondent therein named.

SUITABLE AGE
by delivering thereat a true copy/copies of each to CARLA SCHAEFER a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. She identified herself as the RELATIVE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|-----------|-----------|---------------|------------------|-----------------|
| FEMALE | TAN | BLACK | 40 | 5'4 | 140 |

MAILING
Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

576 HANOVER AVE
STATEN ISLAND, NY 10304

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on October 29, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

MILITARY SERVICE
Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the Index number and date of filing.

NOV 0 9
CIVIL COURT
RICHMOND COUNTY

Sworn to me on: October 29, 2018

Linda Forman
Notary Public, State of New York
No 01FO5031305
Qualified in New York County
Commission Expires August 1, 2022

Robin Forman
Notary Public, State of New York
No 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY 10007

BASSEM A ELASHRAFI
License #: 2016929
Docket #: *1090571*

CIVIL COURT OF THE CITY OF NEW YORK

COUNTY OF BRONX

UNIFUND CCR LLC

Plaintiff(s)

-against-

JASON C BUSH

Defendant(s)

Attorney: MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP - 94

Index #: 21784/2018

Purchased: November 2, 2018
Date Filed:

AFFIDAVIT OF SERVICE

Attorney File #1: 01737619

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CARL BOUTON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 17, 2018 at 02:10 PM at

3125 PARK AVE APT 14E
BRONX, NY 10451

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on JASON C BUSH, the defendant/respondent therein named,

**SUITABLE AGE**
by delivering thereat a true copy/copies of each to "JOHN" BUSH a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. He identified himself as the BROTHER of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|------|------------|------------|---------------|------------------|-----------------|
| MALE | BLACK | BLACK | 26 | 5'11 | 180 |

**MAILING**
Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

3125 PARK AVE APT 14E
BRONX, NY 10451

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on November 19, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**
Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act

The Summons Served had endorsed thereon the Index number and date of filing.

RECEIVED
November 21,
**2018 BRONX
COUNTY
CIVIL COURT
W/ ENVELOPE
22NYCRR
208.6 (H)
COMPLIANT**

Sworn to me on: November 19, 2018

Scanned with CamScanner

CIVIL COURT OF THE CITY OF NEW YORK

COUNTY OF BRONX

UNIFUND CCR LLC

Plaintiff(s)

-against-

LUIS D GONZALEZ

Defendant(s)

Attorney: **MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP - 94**

Index #: 23342/2018

Purchased: November 27, 2018
Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 01738267
Attorney File #2: CC

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CARL BOUTON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 5, 2018 at 08:12 PM at

2277 BATHGATE AVE APT 7F
BRONX, NY 10457

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on LUIS D GONZALEZ, the defendant/respondent therein named,

**SUITABLE AGE**

by delivering thereat a true copy/copies of each to STACY GONZALEZ a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. She identified herself as the RELATIVE of the defendant/respondent

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | TAN | BROWN | 24 | 5'5 | 150 |

**MAILING**

Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

2277 BATHGATE AVE APT 7F
BRONX, NY 10457

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on December 6, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served

**MILITARY SERVICE**

Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act

The Summons Served had endorsed thereon the index number and date of filing.

CIVIL COURT
BRONX COUNTY

DEC 1 0 2018

CR 203.6 (H)

Sworn to me on  December 6, 2018

Scanned with CamScanner

CIVIL COURT OF THE CITY OF NEW YORK

COUNTY OF RICHMOND

STATEN ISLAND UNIVERSITY HOSPITAL

Plaintiff(s)

-against-

JENNINE DEFALCOMAHAJAN

Defendant(s)

Attorney: MULLOOLY, JEFFREY,
& FLYNN, LLP - 94

Index #: 006625/2018

Purchased: November 5, 2

Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 01732212

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BASSEM A ELASHRAFI BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY
TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW
YORK.
That on November 17, 2018 at 05:22 PM at

80 CROMWELL CIRCLE
STATEN ISLAND, NY 10304

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on JENNINE
DEFALCOMAHAJAN, the defendant/respondent therein named.

**SUITABLE AGE** — by delivering thereat a true copy/copies of each to JOHN DOE a person of suitable age and discretion. Said premises
the defendant's/respondent's dwelling house within the state. He identified himself as the RELATIVE of the
defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Appro |
|------|------------|------------|----------------|-------------------|----------------|
| MALE | TAN | BLACK | 35 | 5'10 | 180 |

**MAILING** — Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent a
the defendant's/respondent's last known residence at

80 CROMWELL CIRCLE
STATEN ISLAND, NY 10304

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States
Postal Service within New York State on November 21, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked
PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the
communication is from an attorney or concerns an action against the party to be served

PERSON SERVED/SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

**MILITARY SERVICE** — Person spoken to was asked whether the defendant was in the military service of the State of New York or the United
States and received a negative reply. Upon information and belief based upon the conversation and observation as
aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as
that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act

The Summons Served had endorsed thereon the Index number and date of filing

DEC 12 2018

NOT PROPER MAILING

Scanned with CamScanner

CIVIL COURT OF THE CITY OF NEW YORK

COUNTY OF RICHMOND

UNIFUND CCR LLC

Plaintiff(s)

-against-

MOHAMMED JEWEL

Defendant(s)

Attorney: MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP - 94

Index #: 006649/2018

Purchased: November 5, 2018

Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 01737929

Attorney File #2: CC

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BASSEM A ELASHRAFI BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.
That on November 17, 2018 at 04:52 PM at

19 GIORDAN CT
STATEN ISLAND, NY 10303

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on MOHAMMED JEWEL, the defendant/respondent therein named.

**SUITABLE AGE**
by delivering thereat a true copy/copies of each to JOHN DOE a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. He identified himself as the RELATIVE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|------|-----------|-----------|---------------|------------------|-----------------|
| MALE | BROWN | BLACK | 35 | 5'9 | 170 |

**MAILING**
Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

19 GIORDAN CT
STATEN ISLAND, NY 10303

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on November 21, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

PERSON SERVED/SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

**MILITARY SERVICE**
Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or of the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act

DEC 12 2018

The Summons Served had endorsed thereon the Index number and date of filing

CIVIL COURT
KINGS COUNTY

22NYC... & MAILING

**Scanned with CamScanner**