```
CIVIL COURT OF THE CITY OF NEW YORK                ACCT#:  XXXXXXXX2001
COUNTY OF RICHMOND
------------------------------------------X       INDEX#:  005425/2017
UNIFUND CCR LLC                                   MJRF#:   01527236
                            Plaintiff,                     0085UO              C  R
                   -Against-
JACKIE BURKS                                               JUDGMENT

                            Defendant(s)
------------------------------------------X
Amt claimed in complaint less int adj on act    $.00      $2,763.58
Attorney's fees allowed                                    WAIVED
Interest -From    0/00/00                                  $.00

                                              TOTAL       $2,763.58
Costs by statute...................           $20.00
Service of summons and complaint..             $25.00            FILED
Filing of summons and complaint...            $140.00       APR 30 2018
Prospective execution fee.........             $35.00       CIVIL COURT
Military Service Affidavit........             $.00       RICHMOND COUNTY
R.J.I.............................             $.00
Transcript & Docketing............             $.00
Postage...........................             $.00
Filing Fee........................             $.00         $220.00

                                              TOTAL       $2,983.58
```

STATE OF NEW YORK, COUNTY OF NASSAU:

The undersigned, an attorney admitted to practice in the State of New York, associated with the attorneys for plaintiff, under penalties of perjury, affirms the following to be true: The disbursements specified above have been or will necessarily be made or incurred and are reasonable in amount: Defendant(s) have failed to appear, answer or move, and the time to do so has expired. Plaintiff is entitled to a judgment by default. Deponent deposited a copy of the Summons in separate post-paid envelopes in an official depository of the U.S. Postal Service in Syosset, NY addressed to each defendant's last know residence address set forth below, on the following dates respectfully: 12/29/17 in an envelope marked "Personal and Confidential" not indicating that it was from an attorney or concerned an alleged debt. That more than twenty days have elapsed and the same have not been returned undeliverable by the U.S. Postal Service. That the attorneys for plaintiff are not employees of plaintiff but are of counsel. Pursuant to affidavits of service on the file herein, deponent alleges that defendants are not in military service.
Plaintiff waives the second cause of action for account stated.

Dated: April 25, 2018

THOMAS A. DREDGER, JR.
MULLOOLY, JEFFREY, ROONEY & FLYNN LLP
6851 JERICHO TPKE, STE 220, SYOSSET NY 11791   (516)656-5300

JUDGMENT ENTERED ON:

ADJUDGED that UNIFUND CCR LLC
plaintiff, residing at    10625 TECHWOODS CIRCLE CINCINNATI, OH 45242
recover of Defendants     JACKIE BURKS
                          265 MILL RD APT 2M STATEN ISLAND, NY 10306
the sum of $2,763.58 with interest of $.00 making a total of $2,763.58 together with $220.00 costs and disbursements, amounting in all to $2,983.58 and that plaintiff have execution therefore.

Dated:_____              _____
                                                    Clerk

(jd10)

Scanned with CamScanner

Scanned with CamScanner

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF RICHMOND

RUBIN & ROTHMAN ATTORNEY
& FLYNN, LLP - 94

UNIFUND CCR LLC

Index #: 005425/2017

Plaintiff(s)

Purchased: November 13, 2017
Date Filed:

- against -

JACKIE BURKS

**AFFIDAVIT OF SERVICE**

Defendant(s)

Attorney File #1: 01527236

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BASSEM A ELASHRAFI BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.
That on December 11, 2017 at 08:44 PM at

265 MILL RD APT 2M
STATEN ISLAND, NY 10306

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on JACKIE BURKS, the defendant/respondent therein named,

**SUITABLE AGE** by delivering thereat a true copy/copies of each to CHRISTINA BURKS a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. She identified herself as the RELATIVE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BLACK | 35 | 5'4 | 140 |

**MAILING** Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

265 MILL RD APT 2M
STATEN ISLAND, NY 10306

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on December 13, 2017 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE** Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the Index number and date of filing.

Sworn to me on: December 13, 2017

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY 10007

BASSEM A ELASHRAFI
License #: 2016929
Docket #: *1047807*

Scanned with CamScanner

Scanned with CamScanner

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

------------------------------------------------X
Cavalry SPV I, LLC

                                Plaintiff,

                    -Against-

BIBI N SHAMEEM

                              Defendant(s)
------------------------------------------------X

INDEX#: 004916/2018
MJRF#: 01634867
3263CV    C  B

**JUDGMENT**

| | | |
|---|---|---|
| Amt claimed in complaint less pmts on acct of | $.00 | $11,538.14 |
| Attorney's fees allowed | | WAIVED |
| Interest -From   0/00/00 | | $.00 |
| | TOTAL | $11,538.14 |
| Costs by statute................... | $50.00 | |
| Service of summons and complaint.. | $25.00 | |
| Filing of summons and complaint... | $140.00 | |
| Prospective execution fee......... | $35.00 | |
| Military Service Affidavit........ | $.00 | |
| R.J.I............................. | $.00 | |
| Transcript & Docketing............ | $.00 | |
| Postage........................... | $.00 | |
| Filing Fee........................ | $.00 | |
| | | $250.00 |
| | TOTAL | $11,788.14 |

STATE OF NEW YORK, COUNTY OF NASSAU:

    The undersigned, an attorney admitted to practice in the State of New York, associated with the attorneys for plaintiff, under penalties of perjury, affirms the following to be true:  The disbursements specified above have been or will necessarily be made or incurred and are reasonable in amount: Defendant(s) have failed to appear, answer or move, and the time to do so has expired. Plaintiff is entitled to a judgment by default. Deponent deposited a copy of the Summons in separate post-paid envelopes in an official depository of the U.S. Postal Service in Syosset, NY addressed to each defendant's last know residence address set forth below, on the following dates respectfully: 3/26/18 in an envelope marked "Personal and Confidential" not indicating that it was from an attorney or concerned an alleged debt. That more than twenty days have elapsed and the same have not been returned undeliverable by the U.S. Postal Service.  That the attorneys for plaintiff are not employees of plaintiff but are of counsel. Pursuant to affidavits of service on the file herein, deponent alleges that defendants are not in military service.

Dated:   May 02, 2018

                                                 _____
                                                 GERALD W. FLYNN
                                                 MULLOOLY, JEFFREY, ROONEY & FLYNN LLP
                                                 6851 JERICHO TPKE, STE 220, SYOSSET NY 11791   (516)656-5300

JUDGMENT ENTERED ON:

ADJUDGED that  Cavalry SPV I, LLC
plaintiff, residing at    500 SUMMIT LAKE DR, SUITE 400 VALHALLA, NY 10595
recover of Defendants    BIBI N SHAMEEM
                               4451 MONTICELLO AVE APT PH BRONX, NY 10466

the sum of $11,538.14 with interest of $.00 making a total of $11,538.14 together with $250.00 costs and disbursements, amounting in all to $11,788.14 and that plaintiff have execution therefore.

Dated:_____     _____
                                          Clerk

(jd10)

Scanned with CamScanner

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

CAVALRY SPV I, LLC

Plaintiff(s)

-against-

BIBI M SHAMEEM

Defendant(s)

Attorney: MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP - 94

Index #: 004916/2018

Purchased: March 9, 2018
Date Filed: March 19, 2018

**AFFIDAVIT OF SERVICE**

Attorney File #1: 01634867

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CARL BOUTON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 16, 2018 at 09:49 AM at

4451 MONTICELLO AVE APT PH
BRONX, NY 10466

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on BIBI M SHAMEEM, the defendant/respondent therein named.

**SUITABLE AGE**    by delivering thereat a true copy/copies of each to DUEL SHAMEEN a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. He identified himself as the RELATIVE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | BLACK | 40 | 5'8 | 140 |

**MAILING**    Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

4451 MONTICELLO AVE APT PH
BRONX, NY 10466

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on March 16, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**    Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the Index number and date of filing.

RECEIVED BY
MJRF
MAR 2 3 2018

Sworn to me on: March 16, 2018

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY 10007

CARL BOUTON
License #: 2011838
Docket #: *1065063*

https://cloud6.docstar.com/#Retrieval

Scanned with CamScanner

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
------------------------------------------------X
Cavalry SPV I, LLC

          Plaintiff,

-Against-

FRUTO OQUENDO

         Defendant(s)
------------------------------------------------X

INDEX#: 004917/2018
MJRF#: 01634876
    3204CV  C B

JUDGMENT

| | | |
|---|---|---|
| Amt claimed in complaint less pmts on acct of | $.00 | $1,495.87 |
| Attorney's fees allowed | | WAIVED |
| Interest -From 0/00/00 | | $.00 |
| | TOTAL | $1,495.87 |
| Costs by statute................. | $20.00 | |
| Service of summons and complaint.. | $25.00 | |
| Filing of summons and complaint... | $140.00 | |
| Prospective execution fee......... | $35.00 | |
| Military Service Affidavit........ | $.00 | |
| R.J.I............................. | $.00 | |
| Transcript & Docketing............ | $.00 | |
| Postage........................... | $.00 | |
| Filing Fee....................... | $.00 | |
| | | $220.00 |
| | TOTAL | $1,715.87 |

[FILED MAY 16 2018 CIVIL COURT BRONX COUNTY]

STATE OF NEW YORK, COUNTY OF NASSAU:

 The undersigned, an attorney admitted to practice in the State of New York, associated with the attorneys for plaintiff, under penalties of perjury, affirms the following to be true: The disbursements specified above have been or will necessarily be made or incurred and are reasonable in amount. Defendant(s) have failed to appear, answer or move, and the time to do so has expired. Plaintiff is entitled to a judgment by default. Deponent deposited a copy of the Summons in separate post-paid envelopes in an official depository of the U.S. Postal Service in Syosset, NY addressed to each defendant's last know residence address set forth below, on the following dates respectfully: 4/03/18 in an envelope marked "Personal and Confidential" not indicating that it was from an attorney or concerned an alleged debt. That more than twenty days have elapsed and the same have not been returned undeliverable by the U.S. Postal Service. That the attorneys for plaintiff are not employees of plaintiff but are of counsel. Pursuant to affidavits of service on the file herein, deponent alleges that defendants are not in military service.

Dated: May 09, 2018

                _____
                CHRIS KLUSEK
                MULLOOLY, JEFFREY, ROONEY & FLYNN LLP
                6851 JERICHO TPKE, STE 220, SYOSSET NY 11791 (516)656-5300

JUDGMENT ENTERED ON:

ADJUDGED that Cavalry SPV I, LLC
plaintiff, residing at  500 SUMMIT LAKE DR, SUITE 400 VALHALLA, NY 10595
recover of Defendants  FRUTO OQUENDO
              992 SOUTHERN BLVD APT 3C BRONX, NY 10459

the sum of $1,495.87 with interest of $.00 making a total of $1,495.87 together with $220.00 costs and disbursements, amounting in all to $1,715.87 and that plaintiff have execution therefore

Dated: _____       _____
                     Clerk

(jd10)

Scanned with CamScanner

5/9/20... Case 1:20-cv-01001-NRM-RK Document 28-9 Filed 07/17/20 Page 6 of 16 PageID #: 344
Case 1:20-cv-01001-RPK-SMG Document 12-9 Filed 04/01/20 Page 6 of 16 PageID #: 163
PrintDocument

| | |
|---|---|
| CIVIL COURT OF THE CITY OF NEW YORK<br>COUNTY OF BRONX | Attorney: MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP - 94 |
| CAVALRY SPV I, LLC | Index #: 004917/2018 |
| Plaintiff(s) | Purchased: March 9, 2018<br>Date Filed: |
| -against- | |
| FRUTO OQUENDO | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | Attorney File #1: 01634876 |

CIVIL COURT
BRONX COUNTY
2018 MAR 27 AM 11:55

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CARL BOUTON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 22, 2018 at 09:46 AM at

992 SOUTHERN BLVD APT 3C
BRONX, NY 10459

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on FRUTO OQUENDO, the defendant/respondent therein named.

**SUITABLE AGE** by delivering thereat a true copy/copies of each to MARIA OQUENDO a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. She identified herself as the RELATIVE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BROWN | 49 | 5'3 | 190 |

**MAILING** Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

992 SOUTHERN BLVD APT 3C
BRONX, NY 10459

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on March 22, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE** Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the Index number and date of filing.

Sworn to me on: March 22, 2018

| | | | |
|---|---|---|---|
| Linda Forman<br>Notary Public, State of New York<br>No. 01FO5031305<br>Qualified in New York County<br>Commission Expires August 1, 2018 | Robin Forman<br>Notary Public, State of New York<br>No. 01FO6125415<br>Qualified in New York County<br>Commission Expires April 18, 2021 | Gotham Process Inc.<br>299 Broadway<br>New York NY 10007 | RECEIVED BY MJRF<br>APR 02 2018<br>**CARL BOUTON**<br>License #: 2011838<br>Docket #: *1065067* |

```
CIVIL COURT OF THE CITY OF NEW YORK                 ACCT#:   XXXX-XXXX-XXXX-3483
COUNTY OF BRONX
------------------------------------------X         INDEX#:  05356/2018
Cavalry SPV I, LLC                                  MJRF#:   01634919
                              Plaintiff,                     3094CV         C  B
        -Against-
JESSICA GARCIA                                              JUDGMENT
                              Defendant(s)
------------------------------------------X
Amt claimed in complaint less pmts on acct of     $.00      $1,113.49
Attorney's fees allowed                                     WAIVED
Interest -From     0/00/00                                  $.00

                                     TOTAL                  $1,113.49
Costs by statute..................   $20.00
Service of summons and complaint..   $25.00
Filing of summons and complaint...   $140.00
Prospective execution fee.........   $35.00
Military Service Affidavit........   $.00
R.J.I.............................   $.00
Transcript & Docketing............   $.00
Postage...........................   $.00
Filing Fee........................   $.00
                                                            $220.00
                                                            --------
                                     TOTAL                  $1,333.49
```

STATE OF NEW YORK, COUNTY OF NASSAU:

The undersigned, an attorney admitted to practice in the State of New York, associated with the attorneys for plaintiff, under penalties of perjury, affirms the following to be true:  The disbursements specified above have been or will necessarily be made or incurred and are reasonable in amount: Defendant(s) have failed to appear, answer or move, and the time to do so has expired. Plaintiff is entitled to a judgment by default. Deponent deposited a copy of the Summons in separate post-paid envelopes in an official depository of the U.S. Postal Service in Syosset, NY addressed to each defendant's last know residence address set forth below, on the following dates respectfully: 4/10/18 in an envelope marked "Personal and Confidential" not indicating that it was from an attorney or concerned an alleged debt. That more than twenty days have elapsed and the same have not been returned undeliverable by the U.S. Postal Service.  That the attorneys for plaintiff are not employees of plaintiff but are of counsel. Pursuant to affidavits of service on the file herein, deponent alleges that defendants are not in military service.

Dated:     May 16, 2018

                                        _____
                                        STEVEN BYRNE
                                        MULLOOLY, JEFFREY, ROONEY & FLYNN LLP
                                        6851 JERICHO TPKE, STE 220, SYOSSET NY 11791   (516)656-5300

JUDGMENT ENTERED ON:

ADJUDGED that  Cavalry SPV I, LLC
plaintiff, residing at     500 SUMMIT LAKE DR, SUITE 400 VALHALLA, NY 10595
recover of Defendants      JESSICA GARCIA
                           1041 FINDLAY AVE APT 2H BRONX, NY 10456
the sum of $1,113.49 with interest of $.00 making a total of $1,113.49 together with $220.00 costs and disbursements, amounting in all to $1,333.49 and that plaintiff have execution therefore.

Dated: _____         _____
                                                      Clerk

(jd10)

**FILED**
MAY 22 2018
CIVIL COURT
BRONX COUNTY

Scanned with CamScanner

COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX     CIVIL COURT

CAVALRY SPV I, LLC

2018 APR -2 AM 11:20    Plaintiff(s)

-against-

JESSICA GARCIA

Defendant(s)

Attorney: MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP - 94

Index #: 05356/2018

Purchased: March 19, 2018
Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 01634919
Attorney File #2: CC

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CARL BOUTON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 29, 2018 at 07:13 AM at

1041 FINDLAY AVE APT 2H
BRONX, NY 10456

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on JESSICA GARCIA, the defendant/respondent therein named,

**SUITABLE AGE**    by delivering thereat a true copy/copies of each to TYRIEK GARCIA a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. He identified himself as the RELATIVE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | BLACK | 24 | 5'11 | 150 |

**MAILING**    Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

1041 FINDLAY AVE APT 2H
BRONX, NY 10456

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on March 29, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**    Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the Index number and date of filing.

RECEIVED BY
MJRF
APR 09 2018

Sworn to me on: March 29, 2018

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY 10007

CARL BOUTON
License #: 2011838
Docket #: *1066359*

```
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
------------------------------------------------X        INDEX#: 05629/2018
BROOKHAVEN MEMORIAL HOSPITAL                             MJRF#:  01122385
                                   Plaintiff,                    BROK03          C  B
           -Against-
                                                         JUDGMENT
LATHAN HARMON
                                   Defendant(s)
------------------------------------------------X
Amt claimed in complaint less pmts on acct of     $.00         $1,548.02
Attorney's fees allowed                                         WAIVED
Interest -From     0/00/00                                       $.00

                                           TOTAL               $1,548.02
Costs by statute................      $20.00
Service of summons and complaint..    $25.00
Filing of summons and complaint...    $45.00
Prospective execution fee.........    $35.00
Military Service Affidavit........     $.00
R.J.I.............................     $.00
Transcript & Docketing............     $.00
Postage...........................     $.00
Filing Fee........................     $.00
                                                                $125.00
                                           TOTAL               $1,673.02
```

STATE OF NEW YORK, COUNTY OF NASSAU:

   The undersigned, an attorney admitted to practice in the State of New York, associated with the attorneys for plaintiff, under penalties of perjury, affirms the following to be true: The disburse specified above have been or will necessarily be made or incurred and are reasonable in amount: Defendant(s) have failed to appear, answer or move, and the time to do so has expired. Plaintiff is entitled to a judgment by default. Deponent deposited a copy of the Summons in separate post-paid envelopes in an official depository of the U.S. Postal Service in Syosset, NY addressed to each defer last know residence address set forth below, on the following dates respectfully: 4/10/18 in an enve marked "Personal and Confidential" not indicating that it was from an attorney or concerned an alle debt. That more than twenty days have elapsed and the same have not been returned undeliverable by U.S. Postal Service.  That the attorneys for plaintiff are not employees of plaintiff but are of cou Pursuant to affidavits of service on the file herein, deponent alleges that defendants are not in m service.

Dated:   June 06, 2018

                                             STEVEN BYRNE
                                             MULLOOLY, JEFFREY, ROONEY & FLYNN LLP
                                             6851 JERICHO TPKE, STE 220, SYOSSET NY 11791   (516)65

JUDGMENT ENTERED ON:

ADJUDGED that  BROOKHAVEN MEMORIAL HOSPITAL
plaintiff, residing at   101 HOSPITAL ROAD PATCHOGUE, NY 11772
recover of Defendants    LATHAN HARMON
                         877 FREEMAN ST BRONX, NY 10459
the sum of $1,548.02 with interest of $.00 making a total of $1,548.02 together with $125.00 costs disbursements, amounting in all to $1,673.02 and that plaintiff have execution therefore.

Dated: _____                 _____
                                                      Clerk

(jd10)

FILED
JUN 13 2018
CIVIL COURT
COUNTY

Scanned with CamScanner

COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

BROOKHAVEN MEMORIAL HOSPITAL

Plaintiff(s)

-against-

LATHAN HARMON

Defendant(s)

Attorney: MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP - 94

Index #: 05629/2018

Purchased: March 21, 2018
Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 01122385

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CARL BOUTON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 29, 2018 at 09:25 AM at

877 FREEMAN ST
BRONX, NY 10459

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on LATHAN HARMON, the defendant/respondent therein named,

**SUITABLE AGE** by delivering thereat a true copy/copies of each to ISAIAH HARMON a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. He identified himself as the RELATIVE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BLACK | BLACK | 29 | 6'0 | 170 |

**MAILING** Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

877 FREEMAN ST
BRONX, NY 10459

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on March 29, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE** Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the Index number and date of filing.

RECEIVED BY
NJP
APR 03 2018

Sworn to me on: March 29, 2018

| Linda Forman | Robin Forman | Gotham Process Inc. | CARL BOUTON |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | 299 Broadway | License #: 2011838 |
| No. 01FO5031305 | No. 01FO6125415 | New York NY 10007 | Docket #: *1066581* |
| Qualified in New York County | Qualified in New York County | | |
| Commission Expires August 1, 2018 | Commission Expires April 18, 2021 | | |

Scanned with CamScanner

```
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
------------------------------------------X     INDEX#:   06203/2018
Cavalry SPV I, LLC                              MJRF#:    01634957
                              Plaintiff,                  3064CV      C  B
                -Against-
LANNING DIAZ                                              JUDGMENT
                              Defendant(s)
------------------------------------------X
Amt claimed in complaint less pmts on acct of    $.00      $1,698.07
Attorney's fees allowed                                     WAIVED
Interest -From    0/00/00                                   $.00

                                         TOTAL            $1,698.07
Costs by statute..................      $20.00
Service of summons and complaint..      $25.00
Filing of summons and complaint...     $140.00
Prospective execution fee.........      $35.00
Military Service Affidavit........       $.00
R.J.I.............................       $.00
Transcript & Docketing............       $.00
Postage...........................       $.00
Filing Fee........................       $.00
                                                          $220.00
                                                       -----------
                                         TOTAL            $1,918.07
```

STATE OF NEW YORK, COUNTY OF NASSAU:

  The undersigned, an attorney admitted to practice in the State of New York, associated with the attorneys for plaintiff, under penalties of perjury, affirms the following to be true: The disbursements specified above have been or will necessarily be made or incurred and are reasonable in amount: Defendant(s) have failed to appear, answer or move, and the time to do so has expired. Plaintiff is entitled to a judgment by default. Deponent deposited a copy of the Summons in separate post-paid envelopes in an official depository of the U.S. Postal Service in Syosset, NY addressed to each defendant's last know residence address set forth below, on the following dates respectfully: 4/17/18 in an envelope marked "Personal and Confidential" not indicating that it was from an attorney or concerned an alleged debt. That more than twenty days have elapsed and the same have not been returned undeliverable by the U.S. Postal Service. That the attorneys for plaintiff are not employees of plaintiff but are of counsel. Pursuant to affidavits of service on the file herein, deponent alleges that defendants are not in military service.

Dated:    November 14, 2018

```
                                         _____
                                         THOMAS A. DREDGER, JR.
                                         MULLOOLY, JEFFREY, ROONEY & FLYNN LLP
                                         6851 JERICHO TPKE, STE 220, SYOSSET NY 11791  (516)656-5300
```

JUDGMENT ENTERED ON:

ADJUDGED that  Cavalry SPV I, LLC
plaintiff, residing at    500 SUMMIT LAKE DR, SUITE 400 VALHALLA, NY 10595
recover of Defendants    LANNING DIAZ
                         2039 HUGHES AVE APT 9 BRONX, NY 10457
the sum of $1,698.07 with interest of $.00 making a total of $1,698.07 together with $220.00 costs and disbursements, amounting in all to $1,918.07 and that plaintiff have execution therefore.

Dated: _____        _____
                                              Clerk

(jd10)

**FILED**
NOV 27 2018
CIVIL COURT
BRONX COUNTY

Scanned with CamScanner

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

CAVALRY SPV I, LLC

                                          Plaintiff(s)

-against-

LANNING DIAZ

                                          Defendant(s)

Attorney: MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP - 94

Index #: 06203/2018

Purchased: March 29, 2018
Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 01634957
Attorney File #2: CC

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CARL BOUTON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 4, 2018 at 11:20 AM at

2039 HUGHES AVE APT 9
BRONX, NY 10457

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on LANNING DIAZ, the defendant/respondent therein named,

**SUITABLE AGE** by delivering thereat a true copy/copies of each to FRANCHESKA DIAZ a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. She identified herself as the RELATIVE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | TAN | BLACK | 28 | 5'2 | 180 |

**MAILING** Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

2039 HUGHES AVE APT 9
BRONX, NY 10457

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on April 4, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE** Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the Index number and date of filing.

Sworn to me on: April 4, 2018

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY 10007

RECEIVED BY
MJRF
APR 16 2018

CARL BOUTON
License #. 2011838
Docket #: *1067681*

https://cloud6.docstar.com/#Retrieve/view/437dedb5-7ee7-e811-a9af-f9a0bc9d60b3/index/1/page/37

1/1

Scanned with CamScanner

```
----------------------------------------X    INDEX#:  05637/2018
Cavalry SPV I, LLC                           MJRF#:   01588891
                            Plaintiff,
              -Against-                              3094CV         C B
NELSON ABREU                                         JUDGMENT
                            Defendant(s)
----------------------------------------X
Amt claimed in complaint less pmts on acct of    $.00        $3,120.51
Attorney's fees allowed                                      WAIVED
Interest -From   0/00/00                                     $.00

                                        TOTAL                $3,120.51
Costs by statute...................     $20.00
Service of summons and complaint..     $25.00
Filing of summons and complaint...   $140.00
Prospective execution fee.........     $35.00
Military Service Affidavit........     $.00
R.J.I............................      $.00
Transcript & Docketing............      $.00
Postage...........................      $.00
Filing Fee........................      $.00
                                                             $220.00
                                        TOTAL                $3,340.51
```

STATE OF NEW YORK, COUNTY OF NASSAU:
The undersigned, an attorney admitted to practice in the State of New York, associated with the attorneys for plaintiff, under penalties of perjury, affirms the following to be true: The disbursements specified above have been or will necessarily be made or incurred and are reasonable in amount: Defendant(s) have failed to appear, answer or move, and the time to do so has expired. Plaintiff is entitled to a judgment by default. Deponent deposited a copy of the Summons in separate post-paid envelopes in an official depository of the U.S. Postal Service in Syosset, NY addressed to each defendant's last know residence address set forth below, on the following dates respectfully: 4/10/18 in an envelope marked "Personal and Confidential" not indicating that it was from an attorney or concerned an alleged debt. That more than twenty days have elapsed and the same have not been returned undeliverable by the U.S. Postal Service. That the attorneys for plaintiff are not employees of plaintiff but are of counsel. Pursuant to affidavits of service on the file herein, deponent alleges that defendants are not in military service.

Dated: May 16, 2018

STEVEN BYRNE
MULLOOLY, JEFFREY, ROONEY & FLYNN LLP
6851 JERICHO TPKE, STE 220, SYOSSET NY 11791   (516)656-5300

JUDGMENT ENTERED ON:

ADJUDGED that  Cavalry SPV I, LLC
plaintiff, residing at    500 SUMMIT LAKE DR, SUITE 400 VALHALLA, NY 10595
recover of Defendants    NELSON ABREU
                         1405 ROWLAND ST APT 4 BRONX, NY 10461
the sum of $3,120.51 with interest of $.00 making a total of $3,120.51 together with $220.00 costs and disbursements, amounting in all to $3,340.51 and that plaintiff have execution therefore.

Dated: _____    _____
                                        Clerk

(jd10)

FILED
MAY 22 2018
CIVIL COURT
BRONX COUNTY

Scanned with CamScanner

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

CAVALRY SPV I, LLC

Plaintiff(s)

-against-

NELSON ABREU

Defendant(s)

2018 APR -2 AM 11: 29

Attorney: MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP - 94

Index #: 05637/2018

Purchased: March 21, 2018
Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 01588891
Attorney File #2: CC

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CARL BOUTON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 27, 2018 at 10:48 AM at

1405 ROWLAND ST APT 4
BRONX, NY 10461

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on NELSON ABREU, the defendant/respondent therein named,

**SUITABLE AGE** by delivering thereat a true copy/copies of each to ERIC KEHER a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. He identified himself as the RELATIVE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | TAN | BLACK | 43 | 5'9 | 190 |

**MAILING** Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

1405 ROWLAND ST APT 4
BRONX, NY 10461

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on March 27, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE** Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the Index number and date of filing.

RECEIVED BY
MJRF
APR 09 2018

Sworn to me on: March 27, 2018

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY 10007

CARL BOUTON
License #: 2011838
Docket #: *1066569*

https://cloud6.docstar.com/#Retrieve/view/791a8456-1559-e811-8151-0eb61c6741a1/index/1/page/63

1/1

Scanned with CamScanner

```
CIVIL COURT OF THE CITY OF NEW YORK                 ACCT #:   xxxx-xxxx-xxxx-6240
COUNTY OF BRONX
------------------------------------------X         INDEX#:   06205/2018
Cavalry SPV I, LLC                                  MJRF#:    01635034
                                   Plaintiff,                 3263CV              C  B
                -Against-
                                                              JUDGMENT
LORRAINE HILL
                                   Defendant(s)
------------------------------------------X
Amt claimed in complaint less pmts on acct of   $.00          $10,006.22
Attorney's fees allowed                                       WAIVED
Interest -From       0/00/00                                  $.00

                                        TOTAL                 $10,006.22
Costs by statute..................      $50.00
Service of summons and complaint..      $25.00
Filing of summons and complaint...      $140.00               FILED
Prospective execution fee.........      $35.00
Military Service Affidavit........      $.00                  NOV 15 2018
R.J.I..............................     $.00
Transcript & Docketing............      $.00                  CIVIL COURT
Postage...........................      $.00                  BRONX COUNTY
Filing Fee........................      $.00                  $250.00

                                        TOTAL                 $10,256.22
```

STATE OF NEW YORK, COUNTY OF NASSAU:
    The undersigned, an attorney admitted to practice in the State of New York, associated with the attorneys for plaintiff, under penalties of perjury, affirms the following to be true:  The disbursements specified above have been or will necessarily be made or incurred and are reasonable in amount: Defendant(s) have failed to appear, answer or move, and the time to do so has expired. Plaintiff is entitled to a judgment by default. Deponent deposited a copy of the Summons in separate post-paid envelopes in an official depository of the U.S.Postal Service in Syosset,NY addressed to each defendant's last know residence address set forth below, on the following dates respectfully: 4/26/18 in an envelope marked "Personal and Confidential" not indicating that it was from an attorney or concerned an alleged debt. That more than twenty days have elapsed and the same have not been returned undeliverable by the U.S.Postal Service.  That the attorneys for plaintiff are not employees of plaintiff but are of counsel. Pursuant to affidavits of service on the file herein, deponent alleges that defendants are not in military service.

Dated:  October 31, 2018
                                                    _____
                                                    THOMAS A. DREDGER, JR.
                                                    MULLOOLY, JEFFREY, ROONEY & FLYNN LLP
                                                    6851 JERICHO TPKE. STE 220, SYOSSET NY 11791   (516)656-5300

JUDGMENT ENTERED ON:

ADJUDGED that  Cavalry SPV I, LLC
plaintiff, residing at     500 SUMMIT LAKE DR, SUITE 400 VALHALLA, NY 10595
recover of Defendants      LORRAINE HILL
                           735 THIERIOT AVE PH BRONX, NY 10473
the sum of $10,006.22 with interest of $.00 making a total of $10,006.22 together with $250.00 costs and disbursements, amounting in all to $10,256.22 and that plaintiff have execution therefore.


Dated: _____    _____
                                                    Clerk

(jd10)

Scanned with CamScanner

10/31/2018
Case 1:20-cv-01001-NRM-RK Document 28-9 Filed 07/17/22 Page 16 of 16 PageID #: 354
Case 1:20-cv-01001-RPK-SMG Document 12-8 Filed 04/01/20 Page 16 of 16 PageID #: 173

| CIVIL COURT OF THE CITY OF NEW YORK | | Attorney: MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP - 94 |
|---|---|---|
| COUNTY OF BRONX | | |
| CAVALRY SPV I, LLC | Plaintiff(s) | Index #: 06205/2018 |
| | | Purchased: March 29, 2018 |
| -against- | | Date Filed: |
| LORRAINE HILL | Defendant(s) | AFFIDAVIT OF SERVICE |
| | | Attorney File #1: 01635034 |
| | | Attorney File #2: CC |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CARL BOUTON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 9, 2018 at 12:17 PM at

735 THIERIOT AVE PH
BRONX, NY 10473

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on LORRAINE HILL, the defendant/respondent therein named,

**SUITABLE AGE** by delivering thereat a true copy/copies of each to OTIS HILL a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. He identified himself as the RELATIVE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BLACK | BLACK | 48 | 5'9 | 170 |

**MAILING** Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

735 THIERIOT AVE PH
BRONX, NY 10473

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on April 9, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE** Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the Index number and date of filing.

Sworn to me on: April 9, 2018

| Linda Forman | Robin Forman | Gotham Process Inc. | CARL BOUTON |
| Notary Public, State of New York | Notary Public, State of New York | 299 Broadway | License #: 2011838 |
| No. 01FO5031305 | No. 01FO6125415 | New York NY 10007 | Docket #: *1067685* |
| Qualified in New York County | Qualified in New York County | | |
| Commission Expires August 1, 2018 | Commission Expires April 18, 2021 | | |

Scanned with CamScanner