CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF RICHMOND
------------------------------------------------------------x
UNIFUND CCR LLC,

                                Plaintiff,

            -against-

JACKIE BURKS,

                              Defendant.
------------------------------------------------------------x

**AFFIRMATION IN OPPOSITION**

INDEX # CV-005425-17/KI
MJRF FILE #1527236

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NASSAU    )

       **THOMAS A. DREDGER, JR.**, pursuant to CPLR §2106, respectfully states as follows upon information and belief:

       1.     I am a member of the firm of **MULLOOLY, JEFFREY, ROONEY & FLYNN LLP**, attorneys for plaintiff, in the above-entitled action and as such I am fully familiar with all of the facts and circumstances relating thereto.

       2.     I make this affirmation in opposition to the Order to Show Cause of the defendant, JACKIE BURKS returnable on March 27, 2019, seeking to vacate and set aside the judgment in the above-entitled action.

       3.     The requirement for a vacatur of a judgment is the showing of both:

            a.     excusable default, and

            b.     a meritorious defense to the action.

       4.     It is respectfully submitted that the defendant in this instance has shown neither. Annexed hereto as Exhibit "1" is an affidavit of service indicating substitute service on the Defendant, JACKIE BURKS. Defendant's assertion that she was not served is refuted by the affidavit of service.

       5.     The Defendant has failed to set forth a meritorious defense to this action of any kind.

Scanned with CamScanner

6. This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for this purpose.

**WHEREFORE**, the motion should be denied, together with such other, further and different relief as to this Court may seem just and proper.

Affirmed to be true under the
penalties of perjury pursuant
to CPLR §2106, on this
day of March 2019

THOMAS A. DREDGER, JR.

Scanned with CamScanner

# EXHIBIT "1"

Scanned with CamScanner

CIVIL COURT OF THE CITY OF NEW YORK

COUNTY OF RICHMOND

UNIFUND CCR LLC

Plaintiff(s)

- against -

JACKIE BURKS

Defendant(s)

Attorney: MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP - 94

Index #: 005425/2017

Purchased: November 13, 2017
Date Filed: December 18, 2017

**AFFIDAVIT OF SERVICE**

Attorney File #1: 01527236

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BASSEM A ELASHRAFI BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.
That on December 11, 2017 at 08:44 PM at

265 MILL RD APT 2M
STATEN ISLAND, NY 10306

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on JACKIE BURKS, the defendant/respondent therein named,

**SUITABLE AGE**   by delivering thereat a true copy/copies of each to CHRISTINA BURKS a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. She identified herself as the RELATIVE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BLACK | 35 | 5'4 | 140 |

**MAILING**   Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

265 MILL RD APT 2M
STATEN ISLAND, NY 10306

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on December 13, 2017 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**   Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the Index number and date of filing.

RECEIVED BY
MJRF
DEC 27 2017

Sworn to me on: December 13, 2017

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY 10007

**BASSEM A ELASHRAFI**
License #: 2016929
Docket #:   *1047807*

Scanned with CamScanner

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF RICHMOND
------------------------------------------------------------x
YORK ANESTHESIOLOGIST PLLC

        Plaintiff,

-against-

TINA GRANATA

        Defendant.
------------------------------------------------------------x

AFFIRMATION IN OPPOSITION

INDEX #CV-00006633-2018
MJRF FILE #01753385

STATE OF NEW YORK  )
                          ) ss.:
COUNTY OF NASSAU  )

    **GERALD W. FLYNN**, is an attorney duly admitted to practice law before the Courts of the State of New York, pursuant to CPLR §2106, hereby affirms the following to be true under the penalties of perjury:

    1.    I am a member of the firm of **MULLOOLY, JEFFREY, ROONEY & FLYNN LLP**, attorneys for plaintiff, in the above-entitled action and as such I am fully familiar with all of the facts and circumstances relating thereto.

    2.    I make this affirmation in opposition to the Order to Show Cause of the defendant, TINA GRANATA returnable April 17, 2019 seeking to vacate and set aside the judgment in the above-entitled action.

    3.    The requirement for a vacatur of a judgment is the showing of:

        a.    excusable default, and

        b.    a meritorious defense to the action.

    4.    It is respectfully submitted that the defendant in this instance has shown neither. Annexed hereto as Exhibit "1" is an affidavit of service indicating suitable age service on the Defendant, TINA GRANATA on November 17, 2018. Defendant's assertion that she was not served is refuted by the affidavit of service.

[FILED APR 17 2019 CIVIL COURT RICHMOND COUNTY]

Scanned with CamScanner

Scanned with CamScanner

5. The Defendant has failed to set forth a meritorious defense to this action of any kind.

6. This communication is from a debt collector.

**WHEREFORE**, deponent respectfully requests a denial of the defendant's motion.

Affirmed to be true under the penalties of perjury pursuant to CPLR §2106, on this 12th day of April 2019

_____
GERALD W. FLYNN, ESQ.

EXHIBIT "1"

Scanned with CamScanner

Scanned with CamScanner

.019                        PrintDocument

| CIVIL COURT OF THE CITY OF NEW YORK | Attorney: MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP - 94 |
|---|---|
| COUNTY OF RICHMOND | |
| YORK ANESTHESIOLOGISTS PLLC | Index #: 006633/2018 |
|                                                Plaintiff(s) | Purchased: November 5, 2018 |
| | Date Filed: |
| -against- | |
| TINA GRANATA | AFFIDAVIT OF SERVICE |
|                                                Defendant(s) | Attorney File #1: 01753385 |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BASSEM A ELASHRAFI BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 17, 2018 at 05:40 PM at

194 LONGVIEW RD
STATEN ISLAND, NY 10301

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on TINA GRANATA, the defendant/respondent therein named,

**SUITABLE AGE**    by delivering thereat a true copy/copies of each to JOSHUA GRANATA a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. He identified himself as the RELATIVE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| MALE | TAN | BLACK | 25 | 5'8 | 170 |

**MAILING**    Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

194 LONGVIEW RD
STATEN ISLAND, NY 10301

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on November 21, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**    Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the Index number and date of filing.

FILED
DEC 12 2018
CIVIL COURT
RICHMOND COUNTY

RECEIVED BY
MJRF NOT RECEIVED
DEC 26 2018

Sworn to me on: November 21, 2018

| Linda Forman | Robin Forman | Gotham Process Inc. | BASSEM A ELASHRAFI |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | 299 Broadway | License #: 2016929 |
| No. 01FO5031305 | No. 01FO6125415 | New York NY 10007 | Docket #: *1096004* |
| Qualified in New York County | Qualified in New York County | | |
| Commission Expires August 1, 2022 | Commission Expires April 18, 2021 | | |

https://cloud6.docstar.com/#Retrieve/view/8bbb03de-a55c-e911-a0bb-b1e723f64bap/index/1/page/24

Scanned with CamScanner

Scanned with CamScanner

```
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------x
UNIFUND CCR LLC                                          AFFIRMATION IN
                                Plaintiff,               OPPOSITION
       -against-
                                                         INDEX #CV-020829-18/BX
AKALA SEIFULLAH                                          MJRF FILE #1738773
                                Defendant.
-----------------------------------------------------x
STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NASSAU   )
```

**THOMAS A. DREDGER, JR.** is an attorney duly admitted to practice law before the Courts of the State of New York, pursuant to CPLR §2106, hereby affirms the following to be true under the penalties of perjury:

1. I am a member of the firm of **MULLOOLY, JEFFREY, ROONEY & FLYNN LLP**, attorneys for plaintiff, in the above-entitled action and as such I am fully familiar with all of the facts and circumstances relating thereto.

2. I make this affirmation in opposition to the Notice to Dismiss of the defendant, AKALA SEIFULLAH returnable April 23, 2019 seeking to dismiss the above-entitled action.

3. It is respectfully submitted that the defendant in this instance has shown no meritorious defense. Annexed hereto as Exhibit "1" is an affidavit of service indicating substitute service on the Defendant, AKALA SEIFULLAH on October 31, 2018. Defendant's assertion that she was not served is refuted by the affidavit of service.

4. The Defendant has failed to set forth a meritorious defense to this action of any kind.

5. This communication is from a debt collector.

**WHEREFORE**, deponent respectfully requests a denial of the defendant's motion.

Affirmed to be true under the
penalties of perjury pursuant
to CPLR §2106, on this
22nd day of April 2019

_____
THOMAS A. DREDGER, JR.

Scanned with CamScanner

Case 1:20-cv-01001-NRM-SMG Document 12-9 Filed 04/01/20 Page 9 of 10 PageID #: 162

# EXHIBIT "1"

Exhibit 1

Scanned with CamScanner

| | |
|---|---|
| CIVIL COURT OF THE CITY OF NEW YORK | Attorney: MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP - 94 |
| COUNTY OF BRONX | Index #: 20829/2018 |
| UNIFUND CCR LLC | Purchased: October 22, 2018 |
| Plaintiff(s) | Date Filed: November 2, 2018 |
| -against- | |
| AKALA SEIFULLAH | AFFIDAVIT OF SERVICE |
| Defendant(s) | Attorney File #1: 01738773 |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CARL BOUTON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 31, 2018 at 09:04 PM at

3405 KOSSUTH AVE APT 4D
BRONX, NY 10467

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on AKALA SEIFULLAH, the defendant/respondent therein named,

**SUITABLE AGE** by delivering thereat a true copy/copies of each to KHALID SEIFULLAH a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. He identified himself as the RELATIVE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | BROWN | 39 | 5'8 | 190 |

**MAILING** Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

3405 KOSSUTH AVE APT 4D
BRONX, NY 10467

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on November 1, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE** Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the Index number and date of filing.

RCVD BY MJRF
NOV 0 5 2018

Sworn to me on: November 1, 2018

| | | | |
|---|---|---|---|
| Linda Forman | Robin Forman | Gotham Process Inc. | CARL BOUTON |
| Notary Public, State of New York | Notary Public, State of New York | 299 Broadway | License #: 2011838 |
| No. 01FO5031305 | No. 01FO6125415 | New York NY 10007 | Docket #: *1094113* |
| Qualified in New York County | Qualified in New York County | | |
| Commission Expires August 1, 2022 | Commission Expires April 18, 2021 | | |

https://cloud6.docstar.com/#Retrieve/view/7d2ecbdc-4439-e911-a9b5-afda2d21f327/index/10/page/87        1/1