UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JACKIE BURKS; BRUNILDA PAGAN CRAUZ; VENUS CUADRADO; and RHONDA DRYE, individually and on behalf of all persons similarly situated,

                    Plaintiffs,

     -against-

GOTHAM PROCESS, INC.; MULLOOLY, JEFFERY, ROONEY & FLYNN, LLP; BASSEM ELASHRAFI; and CARL BOUTON,

                    Defendants.
-------------------------------------------------------------------x

Civil Action No.

1:20-cv-01001(RPK)(SMG)

**Oral Argument Requested**

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that upon the Declaration of Robert J. Bergson, dated September 4, 2020, and the exhibit annexed thereto, the accompanying Memorandum of Law, dated September 4, 2020, and the prior pleadings and proceedings herein, defendant Mullooly, Jeffery, Rooney & Flynn, LLP ("Defendant"), will move this Court before the Honorable Rachel P. Kovner, at the Federal Courthouse, located at 225 Cadman Plaza East, Brooklyn, New York 11201, for an order pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the Amended Complaint, as against Defendant, in its entirety and with prejudice, together with such other relief as the Court deems just and proper.

Dated: New York, New York
September 4, 2020

                ABRAMS GARFINKEL
                MARGOLIS BERGSON, LLP

                By: /s/ Robert J. Bergson
                    Robert J. Bergson
                    Andrew W. Gefell
                1430 Broadway, 17th Floor
                New York, New York 10018
                Telephone: (212) 201-1175
                E-mail: rbergson@agmblaw.com
                        agefell@agmblaw.com
                *Attorneys for Defendant Mullooly,*
                *Jeffery, Rooney & Flynn, LLP*

TO: All counsel of record via ECF