UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

JACKIE BURKS; BRUNILDA PAGAN CRAUZ;
VENUS CUADRADO; and RHONDA DRYE,
individually and on behalf of all persons similarly situated,

                          Plaintiffs,

     -against-

GOTHAM PROCESS, INC.; MULLOOLY, JEFFERY,
ROONEY & FLYNN, LLP; BASSEM ELASHRAFI;
and CARL BOUTON,

                          Defendants.
----------------------------------------------------------------x

Civil Action No.

1:20-cv-01001(RPK)(SMG)

## DECLARATION OF ROBERT J. BERGSON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT

ROBERT J. BERGSON, declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

    1.    I am an attorney admitted to practice in the State of New York and before the United States District Court for the Eastern District of New York.  I am a member of the law firm Abrams Garfinkel Margolis Bergson, LLP, attorneys for defendant Mullooly, Jeffery, Rooney & Flynn, LLP ("Defendant"), in this action.  I am fully familiar with the facts, pleadings and prior proceedings in the action.  I respectfully submit this declaration to marshal the Amended Complaint in support of Defendant's motion to dismiss the Amended Complaint in its entirety and with prejudice.

    2.    Attached hereto as Exhibit A is a true and correct copy of the Amended Complaint that was filed in this action, dated July 17, 2020.

WHEREFORE, for the reasons set forth in the accompanying memorandum of law, Defendant's motion to dismiss should be granted in its entirety and with prejudice.

Dated: New York, New York
September 4, 2020

                                                                /s/ Robert J. Bergson
                                                                  Robert J. Bergson