

VIA ECF  August 17, 2021

Honorable Rachel P. Kovner
Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Burks v. Gotham Process, Inc., et al.*, No. 1:20-cv-01001-RPK-PK

Dear Judge Kovner and Magistrate Judge Kuo:

    The New York Legal Assistance Group (NYLAG) represents the Plaintiffs in the above-captioned case. Jane Greengold Stevens, one of the attorneys who appeared on behalf of Plaintiffs, has retired and is no longer employed at NYLAG. We thus respectfully request that her appearance be withdrawn. Plaintiffs will continue to be represented by a highly capable team of attorneys at NYLAG.

    Respectfully submitted,

    Sincerely,

_____
Jessica Ranucci
Julia Russell
Shanna Tallarico
New York Legal Assistance Group
100 Pearl Street
19th Floor
New York, NY 10004

cc: All counsel of record (via ECF)